**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BULMARIO GUTIERREZ TORRES, | ) | NO. CV 17-2745-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STU SHERMAN (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 23, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE